## CLAY TOWNSHIP *v.* HEAD.

[No. 19,449.    Filed October 8, 1901.]

APPEAL AND ERROR.—*Transcript.*—Where a transcript is not accompanied with a certificate, over the signature of the clerk and seal of the court that the same is true, as required by §661 Burns 1894, the cause will be dismissed.

State *v.* Smith.

From Hamilton Circuit Court; *J. F. Neal,* Judge.

Action by Manson Head against Clay township, Hamilton county, for damages for the killing and maiming of sheep. From a judgment for plaintiff, defendant appeals. *Appeal dismissed.*

*I. W. Christian, W. S. Christian* and *E. E. Cloe,* for appellant.

*C. N. Beamer, F. E. Gavin, T. P. Davis* and *J. L. Gavin,* for appellee.

PER CURIAM.—We have before us what purports to be a transcript of the record of certain proceedings in said cause. It is not accompanied with a certificate over the signature of the clerk and seal of the court that the same is true. We have no power to consider a record as presenting questions for decision unless it comes to us authenticated as required by §661 Burns 1894, §649 R. S. 1881 and Horner 1897. *Watson* v. *Finch,* 150 Ind. 183; *Fidelity, etc., Union* v. *Byrd,* 154 Ind. 47; *Carpenter* v. *Schaeffer,* 154 Ind. 694; *Board, etc.,* v. *State, ex rel.,* 156 Ind. 550.

The appeal must, therefore, be dismissed.